**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 16, 2019.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-19-00325-CV

---

### JAMES HALLBECK, Appellant

### V.

### LIBERTY MUTUAL INSURANCE COMPANY, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2014-71521**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 15, 2019. On July 9, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.